IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. DEARMON, JR., | No. 2:12-CV-1859-CMK-P |
|     Plaintiff, | |
|     vs. | ORDER |
| GARY R. STANTON, et al., | |
|     Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: October 15, 2012

                                                /s/ Craig M. Kellison
                                                CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE